IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRAVIS HARRISON,**

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY,**
a corporation; and **TATE & LYLE INGREDIENTS AMERICAS, INC.**, also d/b/a **TATE & LYLE**, also d/b/a **TATE & LYLE AMERICAS, INC.**, a corporation; and **AMERITRACK RAILROAD CONTRACTORS, INC.**, a corporation,

**Defendants,**

**ILLINOIS CENTRAL RAILROAD COMPANY, a corporation,**

**Third-Party Plaintiff,**

**v.**

**BEYERS CONSTRUCTION CO., INC.,**
a corporation,

**Third-Party Defendant.**                                    **No.08-748-DRH**

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is the Defendants Illinois Central Railroad Company, Tate & Lyle Ingredients Americas, Inc., Ameritrack Railroad Contractors, Inc., and Beyers Construction Co., Inc.'s Motion for Finding of Good Faith Settlement (Doc. 120).  Defendants inform the Court that they have settled with Plaintiff whereby the Plaintiff will receive a settlement in the amount of Three Hundred and Fifty

Thousand Dollars ($350,000) plus full payment of his medial bills. Defendants request that this Court find that the settlement entered into between Plaintiff and Defendants was made in good faith. Based on the reasons in the motion, the Court **GRANTS** Defendants' Motion for Finding of Good Faith Settlement (Doc. 120). Accordingly, the Court being fully advised in the premises, **IT IS HEREBY ORDERED** that Tate & Lyle Ingredients Americas, Inc., Ameritrack Railroad Contractors, Inc., Beyers Construction Co., Inc., and Illinois Central Railroad Company's settlement with the aforementioned plaintiff is in good faith, and pursuant to Illinois Contribution Joint Tortfeasors Act all related claims against Tate & Lyle Ingredients Americas, Inc., Ameritrack Railroad Contractors, Inc., Beyers Construction Co., Inc., and Illinois Central Railroad Company past, present or future are hereby dismissed with prejudice. The Clerk to enter Judgment accordingly.

**IT IS SO ORDERED.**

Signed this 21st day of December, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**