IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVIS HARRISON,

Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,
a corporation; and TATE & LYLE INGREDIENTS
AMERICAS, INC., also d/b/a TATE & LYLE, also
d/b/a TATE & LYLE AMERICAS, INC., a corporation;
and AMERITRACK RAILROAD CONTRACTORS, INC.,
a corporation,

Defendants,

ILLINOIS CENTRAL RAILROAD
COMPANY, a corporation,

Third-Party Plaintiff,

v.

BEYERS CONSTRUCTION CO., INC.,
a corporation,

Third-Party Defendant.                                    No.08-748-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on Motion for Finding of Good Faith Settlement.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 21, 2009, this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:     /s/*Sandy Pannier*
            **Deputy Clerk**

Dated: December 28, 2009


APPROVED:  /s/ *David R Herndon*
            CHIEF JUDGE
            U. S. DISTRICT COURT